HAZEL G. STOKES, Respondent, v. IRA HAUPT and Another, Doing Business under the Firm Name and Style of IRA HAUPT & Co., Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ

ASSUNTA MIO FREDERICI, Respondent, v. COSULICH LINE and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

FEDERAL STAR DYERS CORPORATION, Respondent, Appellant, v. WOLF BECKER, Appellant, Respondent.— Judgment affirmed, without costs. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

ELMER I. HUPPERT, Appellant, v. BETTY HUPPERT, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

MARTIN POLLACK, Respondent, v. NATIONAL UNION FIRE INSURANCE COMPANY, PITTSBURGH, PA., Appellant.— Order reversed, with twenty days costs and disbursements, and motion denied, with ten dollars costs, on the ground that triable issues are presented which preclude the granting of summary judgment. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.; Merrell and Glennon, JJ., dissent and vote for affirmance.

WILLIAM PETTIT, an Infant, by WINIFRED PETTIT, His Guardian ad Litem, Respondent, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

CHAUNCEY M. MAYERS, Appellant, v. GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, as Rehabilitator of LAWYERS TITLE AND GUARANTY COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

SEABOARD SAND AND GRAVEL CORPORATION, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order reversed, with costs, and motion denied, with ten dollars costs, upon the ground that triable issues were presented. The case is preferred and set for trial on the second Monday in February, 1935. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of WALTER P. TAYLOR and PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY (Successors to THE BANK OF MANHATTAN TRUST COMPANY), as Executors of the Last Will and Testament of MARY SMITH, Deceased.— Decree so far as appealed from affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

JACOB HARTMAN, Respondent, v. CLARA HORN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.

HAGEDORN BROTHERS, Respondent, v. LIZZIE BOGEN, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Martin, Merrell, O'Malley, Glennon and Untermyer, JJ.